UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LAM HUYNH,<br><br>Petitioner,<br><br>v.<br><br>BRIAN ENGLISH,<br><br>Respondent. | CAUSE NO. 3:26cv410 DRL-SJF |

ORDER

The respondent, by counsel, filed a notice certifying that he has complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on October 5, 2026. Accordingly, the court DIRECTS the clerk to enter judgment consistent with the order granting habeas relief [9] and to close this case.

SO ORDERED.

October 9, 2026

*s/ Damon R. Leichty*
Judge, United States District Court